## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP A. DOWNEY, | : | CIVIL DOCKET NO. |
| Plaintiff | : | 2:13-cv-04545 |
| v. | : | |
| | : | |
| FIRST INDEMNITY INSURANCE, | : | |
| FIRST INDMENITY INSURANCE | : | |
| AGENCY, INC., FIRST INDEMNITY | : | |
| INSURANCE SERVICE, INC., | : | |
| FIRST INDEMNITY INSURANCE | : | |
| GROUP, ANDREW BIGGIO and | : | |
| JOHN M. BIGGIO, FIRST MERCURY | : | |
| INSURANCE COMPANY, and | : | |
| STATE NATIONAL INSURANCE | : | |
| COMPANY, | : | |
| Defendants | : | |
| | : | |

## **PRAECIPE FOR APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as attorney for defendants, First Indemnity Insurance, First Indemnity Agency, Inc., First Indemnity Insurance Service, Inc., First Indemnity Insurance Group, Andrew Biggio and John M. Biggio, in reference to the above-captioned matter.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/s/  William J. Taylor, Jr., Esquire
William J. Taylor, Jr., Esquire
Attorney for Defendants
Pennsylvania I.D. No. 34752
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA  19106
Tel:  215 627-6900

Date:  November 15, 2013

837064.1

## CERTIFICATE OF SERVICE

I, William J. Taylor, Jr., Esquire, attorney for defendants, First Indemnity Insurance, First Indemnity Agency, Inc., First Indemnity Insurance Service, Inc., First Indemnity Insurance Group, Andrew Biggio and John M. Biggio, hereby certifies that a true and correct copy of the Praecipe for Appearance, was served via ECF to:

Matthew B. Weisburg, Esquire
Weisburg Law
Seven South Morton Avenue
Morton, PA  19070
*Attorney for Plaintiff, Philip A. Downey*

And via First-Class mail to:

State National Insurance Company
1900 L. Don Dodson Drive
Bedford, TX  76021

First Mercury Insurance Company
26600 Telegraph Road
Southfield, MI  48033

/s/  William J. Taylor, Jr., Esquire
William J. Taylor, Jr., Esquire
Attorney for Defendants
Pennsylvania I.D. No. 34752
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA  19106
Tel:  215 627-6900

837064.1